IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                             PLAINTIFF/RESPONDENT

    V.                    Civil No. 13-2223
                        Criminal No. 09-20011

SHAN FIELDS                                          DEFENDANT/PETITIONER

## ORDER

On this 5th day of February 2014, there comes on for consideration the report and recommendation filed in this case on November 21, 2013 (doc. 4) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas.  Defendant requested an extension of time through January 8, 2014, to file objections, however, no objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Petitioner's 28 U.S.C. § 2255 Petition (doc. 1) is hereby TRANSFERRED TO THE MIDDLE DISTRICT OF FLORIDA.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge