```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    V.                        Civil No. 13-2223
                            Criminal No. 09-20011

SHAN FIELDS                                      DEFENDANT/PETITIONER

<u>ORDER</u>

On this 5th day of February 2014, there comes on for consideration the report and recommendation filed in this case on November 21, 2013 (doc. 4) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Defendant requested an extension of time through January 8, 2014, to file objections, however, no objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2255 Petition (doc. 1) is hereby TRANSFERRED TO THE MIDDLE DISTRICT OF FLORIDA.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge